[No. 59345-5-I. Division One. October 27, 2008.]

*In the Matter of the Marriage of* CLARE M. HANSEN, *Appellant*, and BRUCE S. ANDERSON, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 04-3-05085-9, Anthony P. Wartnik, J., entered November 30, 2006. *Affirmed* by unpublished opinion per Schindler, C.J., concurred in by Cox and Ellington, JJ.

[No. 59905-4-I. Division One. October 27, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. JERROLD DARON JOHNSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 05-1-08778-8, Helen Halpert, J., entered March 26, 2007. *Affirmed* by unpublished per curiam opinion.

[No. 59974-7-I. Division One. October 27, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. MIGUEL A. ESPARZA, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 00-1-00687-6, LeRoy McCullough, J., entered March 7, 2007. *Dismissed* by unpublished per curiam opinion.

[No. 60131-8-I. Division One. October 27, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. STEPHEN ANDREW HUGHES-GREENE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 06-1-05166-8, Douglass A. North, J., entered June 1, 2007. *Dismissed* by unpublished per curiam opinion.